**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEANE-ELLEN VALKERIE,

    Plaintiff,

v.                                          Case No. 3:15-cv-328-J-32MCR

MIDLAND CREDIT MANAGEMENT,
INC.,

    Defendant.

## O R D E R

    This case was first filed on March 17, 2015. (Doc. 1.) On April 21, 2015, the Judicial Panel on Multidistrict Litigation ("the Panel") conditionally transferred the case to a pending MDL in the Southern District of California. (Doc. 7.) After first attempting to file it in this Court, plaintiff filed in the MDL, on May 11, 2015, an amended complaint that dropped the count of her complaint brought under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., and requested transfer back to this Court pursuant to 28 U.S.C. § 1404. (See Doc. 10 at 2.) While noting that transfer pursuant to § 1404 is technically improper, the defendant did not oppose remand to this Court under 28 U.S.C. § 1407. (See id.) Construing the motion as a request to remand rather than to transfer, on June 10, 2015, the Southern District of California entered an order purporting to remand the case back to this Court. (Id.)

    Before this case can proceed in this Court, however, the parties should advise whether it is properly before this Court. It is the Court's understanding that the Panel,

not the transferee court, is responsible for remanding cases consolidated in an MDL back to the transferor court, though the transferee court files a suggestion of remand in most cases. J.P.M.L.R. 10.1(b). No one opposes returning the case to this Court. Still, it appears a step or two may have been skipped. See J.P.M.L.R 10.2, 10.3. The parties should therefore meet and confer and advise the Court whether any additional steps need to be taken before the case may proceed here.

Until the Court hears from the parties on this issue or is otherwise satisfied that the case is properly before it, the Court will hold off entering any deadlines for filing a responsive pleading or a Case Management Report.

Accordingly, it is hereby **ORDERED** that, on or before **June 30, 2015**, the parties shall file a joint notice advising whether the case is properly before the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of June, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of record